IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA A. MILLER,
*as Personal Representative*
*for the Estate of Virginia H. Torres*,

    Plaintiff,

v.                                                                   No. CV 17-1199 CG/JHR

KROGER GROUP INC. d/b/a/ SMITH'S,

    Defendant.

## ORDER GRANTING JOINT MOTION TO REMAND TO STATE COURT

**THIS MATTER** is before the Court on the parties' *Joint Motion to Remand to State Court*, (Doc. 5), filed December 13, 2017. The Court, having considered the Motion and record of the case, and being fully advised of the premises, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that this case is **REMANDED** to the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE